**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1130**

_____

ZACHARY GRAVES,

                    Plaintiff – Appellant,

          v.

INDUSTRIAL POWER GENERATING CORPORATION, d/b/a Ingenco,

                    Defendant – Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:09-cv-00717-MHL)

_____

Submitted:  June 28, 2011              Decided:  July 8, 2011

_____

Before KING, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Zachary Graves, Appellant Pro Se.  Lynn Forgrieve Jacob, James Nelson Wilkinson, WILLIAMS MULLEN, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary Graves appeals the district court's final order denying his summary judgment motion and granting Defendant's summary judgment motion on his race discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's final order. See Graves v. Industrial Power Generating Corp., No. 3:09-cv-00717-MHL (E.D. Va. Jan. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED